Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket:6:13-mj-00016-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; AND |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| MATTHEW DALEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed hereon, the United States hereby requests that the complaint against the Defendant be

dismissed and moves the Court for an order of dismissal without prejudice. The Government

intends to re-file the charges as citations with the Central Violations Bureau.


        Dated: July3, 2013 .                NATIONAL PARK SERVICE


                                 /S/ Susan St. Vincent
                                 Susan St. Vincent
                                 Acting Legal Officer


                        **ORDER**



IT IS SO ORDERED.

Dated:   July 3, 2013          _/s/ Michael J. Seng_
                        UNITED STATES MAGISTRATE JUDGE